**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Patricia Annette Thompson and Brant Michael Brantley, Jr., Defendants,

Of whom Patricia Annette Thompson is the Appellant

and

Brant Michael Brantley, Jr. is a Respondent.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000661

———————

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

———————

Unpublished Opinion No. 2022-UP-019
Submitted December 23, 2021 – Filed January 7, 2022

———————

**AFFIRMED**

———————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Respondent Brant Michael Brantley, Jr.

Rebecca Rush Wray, of South Carolina Department of Social Services, of Greenville, for Respondent South Carolina Department of Social Services.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:** Patricia Annette Thompson appeals the family court's final order terminating her parental rights to her four minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Thompson's counsel.

**AFFIRMED.**[1]

**WILLIAMS, A.C.J., MCDONALD, J., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.